JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00397 DLJ |
| Plaintiff, | STIPULATED REQUEST TO RESCHEDULE SENTENCING HEARING FOR JULY 30, 2009 AND **ORDER** |
| v. | |
| TYREE PAUL FOSTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Colleen Martin, that the sentencing hearing presently set for July 31, 2009 at 10:00 a.m. be reset for July 30, 2009 at 11:00 a.m.  The reason for the request is that government counsel is no longer available on July 31.  Government counsel consulted with the Court's clerk and learned that the matter could be specially set for July 30, 2009 at 11:00 a.m.  Defense counsel and the United States Probation Office are available on July 30.  Accordingly, the parties request that the sentencing in this matter be

Stip. Req. To Reschedule Sentencing Date for
July 30 And [Proposed] Order, No. CR-09-00397
DLJ                                                1

rescheduled for July 30, 2009 at 11:00 a.m.

DATED: July 1, 2009

_____/S/_____        _____/S/_____
JOSHUA HILL                                              COLLEEN MARTIN
Assistant United States Attorney              Counsel for Defendant
Counsel for United States

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter is rescheduled from July 31, 2009 to **Thursday, July 30, 2009 at 11:00 a.m.**

DATED: July 8 , 2009

_____
HON. D. LOWELL JENSEN
United States District Judge

Stip. Req. To Reschedule Sentencing Date for
July 30 And [Proposed] Order, No. CR-09-00397
DLJ                                                                 2