1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant FOSTER
6

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   No. 09-397 DLJ
                                    )
11              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                    )   ORDER
12 vs.                              )
                                    )
13 TYREE FOSTER,                    )
                                    )
14              Defendant.           )
                                    )
15 _____ )

16
        The above-captioned matter is set for status on a supervised release violation on April 1,
17
   2011 at 9:00 a.m. The parties and the Probation Office jointly request that this Court vacate the
18
   April 1, 2011 date and put the matter on the Court's calendar for status on February 18, 2011 at
19
   9:00 a.m.
20
   DATED:                                          /S/
21                                          JOSHUA HILL
                                            Assistant United States Attorney
22

23 DATED: February 3, 2011                          /S/
                                            COLLEEN MARTIN
24                                          Assistant Federal Public Defender

25

26

*United States v. Foster*, CR 09-397 DLJ
Stipulation and [Proposed] Order

# ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for April 1, 2011, at 9:00 a.m. is VACATED and RESET to February 18, 2011, at 9:00 a.m.

SO ORDERED.

DATED: February 8, 2011

D. LOWELL JENSEN
United States District Judge

*United States v. Foster*, CR 09-397 DLJ
Stipulation and [Proposed] Order