AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TYREE PAUL FOSTER | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-09-00397-001 DLJ<br>BOP Case Number: DCAN409CR000397-001<br>USM Number:      12472-111<br>Defendant's Attorney :Ellen Leonida |

**THE DEFENDANT:**

[**x**]  admitted guilt to violation of condition(s) <u>Charges 2, 4, 7 and 8 of Amended Petition filed 1/5/2012 regarding the</u>  term of supervision.

[ ]  was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

January 6, 2012
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

January 11, 2012
Date

AO 245D (Rev.  12/03) Judgment in a Criminal Case for Revocation

DEFENDANT:                                                                      Judgment - Page 2  of  3
CASE NUMBER:      CR-09-00397-001 DLJ

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge Two | Violation of Special Condition number seven that he make application to register as a drug offender pursuant to state law | 6/26/11; 7/19/2011; 8/10/11 and 8/18/11 |
| Charge Four | Violation of Standard Condition number seven that he not use any controlled substance | 8/1/11;9/2/11;11/3/11;12/21/11 and 12/16/11 |
| Charge Seven | Violation of special condition number three to participate in program of testing and treatment for drug/alcohol abuse | 7/28/11 |
| Charge Eight | Violation of special condition number three to participate in program of testing and treatment for drug/alcohol abuse | 11/15/11 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:          TYREE PAUL FOSTER                                    Judgment - Page 3 of 3
CASE NUMBER:    CR-09-00397-001 DLJ

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months .

No term of supervised release imposed.

[ ]    The Court makes the following recommendations to the Bureau of Prisons:


[ ]    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]    The defendant shall surrender to the United States Marshal for this district.

       [ ] at ___ [] am [] pm on ___.
       [ ] as notified by the United States Marshal.

       The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[x]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       [x] before 12:00pm on Friday, 1/20/2012 .
       [x] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

       The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                          By        _____
                                                    Deputy United States Marshal